AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:26-mj-0383-EJY |
| | ) | |
| CORY MICHAEL DODD | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse 333 Las Vegas Blvd. South Las Vegas, NV 89131 Before the Honorable Magistrate Judge Elayna Youchah | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 5/21/2026 @ 2:30pm |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    5/18/2026

_____
*Judge's signature*

Elayna Youchah, U.S. Magistrate Judge
*Printed name and title*